CHARLESTON ILLUMINATING COMPANY, Respondent, *v.* KNICKERBOCKER TRUST COMPANY, as Trustee, Appellant.

*Charleston Illuminating Co.* v. *Knickerbocker Trust Co.*, 138 App. Div. 107, affirmed.

(Argued June 8, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1910, in favor of plaintiff, upon the submission of a controversy, pursuant to section 1279 of the Code of Civil Procedure, as to the correct interpretation of a provision of a mortgage executed by the plaintiff to the defendant as trustee and known as the refunding and improvement mortgage of the plaintiff.

*Charles H. Tuttle* for appellant.

*William M. Wherry, Jr.*, for respondent.

Judgment affirmed, without costs, on opinion of MIL-LER, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.